UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL RUSSELL,<br><br>    Petitioner,<br><br>    v.<br><br>JOE A. LIZARRAGA,<br><br>    Respondent. | No. 2:18-cv-2096 KJN P<br><br><br><br>ORDER |

Petitioner has requested the appointment of counsel. The request was signed by petitioner on August 8, 2018. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. On August 10, 2018, the instant petition was dismissed, and petitioner was granted thirty days in which to amend his pleading. Therefore, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 8) is denied without prejudice.

Dated: August 21, 2018

russ2096.110

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE