UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL RUSSELL, | No. 2:18-cv-2096 KJN P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, | |
| Respondent. | |

Petitioner has requested an extension of time to file a petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 11) is granted; and

2. Petitioner shall file a petition for writ of habeas corpus within thirty days from the date of this order.

Dated: September 14, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

russ2096.111