UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL RUSSELL,<br><br>    Petitioner,<br><br>    v.<br><br>JOE A. LIZARRAGA,<br><br>    Respondent. | No. 2:18-cv-2096 KJN P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order filed August 10, 2018, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. On September 14, 2018, petitioner was granted an additional thirty days in which to file his amended petition. That thirty day period has now expired, and petitioner has not responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Petitioner is advised that failure to file objections within the
2 | specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
3 | F.2d 1153 (9th Cir. 1991).
4 | Dated:  October 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/russ2096.fta