UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL RUSSELL, | No. 2:18-cv-2096 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, | |
| Respondent. | |

Plaintiff is a state prisoner, proceeding pro se. On October 30, 2018, the undersigned issued findings and recommendations recommending that this action be dismissed without prejudice, based on petitioner's failure to file an amended petition. On November 15, 2018, petitioner filed a request that the court send petitioner "all recorded documents of case" and to close this case without prejudice. Good cause appearing, pursuant to Fed. R. Civ. P. 41(a), petitioner's request to dismiss shall be honored. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send petitioner a copy of his petition (ECF No. 1);

2. Petitioner's motion for voluntary dismissal (ECF No. 14) is granted; and

3. This action is dismissed without prejudice.

Dated: November 27, 2018

/russ2096.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE